O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 12-04232 DDP (CWx) |
| Plaintiff, | ) | |
| v. | ) | **DEFAULT JUDGMENT OF FORFEITURE** |
| $13,335.00, | ) | [Dkt. 9] |
| Defendant. | ) | |

This action arose from the Verified Complaint for Forfeiture ("Complaint") filed on May 15, 2012. Notice of this action has been given in the manner required by law. Neither Jose Villa, Julie Villa nor any other potential claimant has appeared by filing a Statement identifying his rights or interests with this Court. Further, neither Jose Villa, Julie Villa nor any other potential claimant has filed an Answer to the Complaint or otherwise defended his interest, if any, in the defendant $13,335.00 in U.S. currency ("defendant currency"). Therefore, the Court deems that the potential claimants Jose Villa, Julie Villa and all other potential claimants admit the allegations of the Complaint to be true.

///

1     Accordingly it is ordered, adjudged, and decreed that all
2 right, title, and interest of potential claimants Jose Villa, Julie
3 Villa and all other potential claimants in and to the defendant
4 currency is condemned and forfeited to the United States of
5 America.
6 IT IS SO ORDERED.

9 Dated: October 15, 2012

                              DEAN D. PREGERSON
                              United States District Judge